# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**OFELIA ALVAREZ** and **SILVIA ALVAREZ**,
*Individually, and on behalf of themselves and*
*other similarly situated current and former employees*,

    Plaintiffs,

v.                                                   **NO.** 3:21-cv-00479

**DAHER CLEANING SERVICES OF**           **Judge Trauger**
**TENNESSEE COMPANY,**
*a Tennessee Corporation,*                    **FLSA Opt-In Collective Action**
**MARA DAHER-BOYER,** *individually,* and
**SIEGFRIED A. RICHTER, JR.**, *individually,*     **JURY DEMANDED**
    Defendants.

## PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM

    Plaintiffs, individually, and on behalf of themselves and all similarly situated, hereby move the Court to dismiss Defendants' Counterclaim pursuant to Fed. R. Civ. P. 12(b)(1) and/or Fed. R. Civ. P. 12(b)(6). Defendants' purported Counterclaim does not share a common nucleus of operative facts with Plaintiffs' Fair Labor Standards Act ("FLSA") claim. The Court, therefore, does not have jurisdiction over this non-compulsory state law Counterclaim. Defendant's Counterclaim also fails to sufficiently plead a claim for relief under the principles of *Twombly* and *Iqbal*. For these reasons, discussed more fully un the accompanying Memorandum, Defendants' Counterclaim must be dismissed.

Dated: September 13, 2021.             Respectfully Submitted,

                                            *s/Robert E. Morelli, III*
                                            Gordon E. Jackson (TN BPR #8323)

1

J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Robert E. Morelli, III (TN BPR #37004)
**JACKSON, SHIELDS, YEISER, HOLT, OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

Marc A. Walwyn (TN BPR #22431)
**LAW OFFICE OF MARC WALWYN**
412 Georgia Ave. Ste. 102
Chattanooga, TN    37403
Telephone: (423) 954-7266
Facsimile: (423) 763-1615
*marc@walwynlegal.com*

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Dismiss was filed electronically on this the 13th day of September, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing and electronically mailed to Defendants' attorney:

Mark Freeman
Freeman & Fuson
2126 21st Avenue South
Nashville, Tennessee 37212
Office: 615-298-7272
Fax: 615-298-7274
Mark@freemanfuson.com

<u>*s/Robert E. Morelli, III*</u>

2